UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SEA-LAND SERVICE, INC.,
    Plaintiff

vs.                                              CIVIL NO. 98-1636 (JP)

PAYLESS TIRE CORPORATION,
    Defendant

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: October 29, 1999<br>Docket # 10<br>[X] **Plffs**    [ ] **Defts**<br><br>Title: Motion for Withdrawal of Legal Representation | **GRANTED.** The Court accepts the withdrawal of representation of Carlos C. Santiago, Esq., but understands that the law firm of Muñoz, Boneta González Arbona Benítez & Peral, through Enrique Peral, Esq., will continue to represent the Plaintiff. All future notifications **SHALL** be sent to the attention of Enrique Peral, Esq. |

Date: 11/12/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:      EOD:

By:      # 11